IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ROSIE JEAN JEFFERSON and
WILLIS JEFFERSON                                                            PLAINTIFFS

VERSUS                                              CIVIL ACTION NO. 1:08cv-1412-RHW

IMPERIAL PALACE OF MISSISSIPPI, LLC.                              DEFENDANT

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause be, and is hereby, dismissed without prejudice, pursuant to Fed. R. Civ .P. 41(b).

SO ORDERED AND ADJUDGED this the 3rd day of February, 2010.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE